**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v. CASE NO.: 4:26-cr-37

TIMOTHY MITCHELL,

Defendant.

# ORDER

On October 16, 2026, this Court received Psychiatric Reports of Defendant Timothy Mitchell. Docs. 33, 34. The parties are **ORDERED** to file notice with the Court as to whether the parties stipulate to the Psychiatric Reports, docs. 33, 34, or whether the parties request a hearing on the issue of Mr. Mitchell's competency. The parties are **ORDERED** to file said notice with the Court within seven (7) days from the date of this Order.

**SO ORDERED**, this 20th day of October, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA